# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYOCERA CORP., a Japan corporation; and KYOCERA WIRELESS CORP., a Delaware corporation,<br><br>                      Plaintiffs,<br>  vs.<br>HECMMA INC., a Texas corporation; EMPRESAS HECMMA S.A. de R.L. de C.V., a Mexican corporation; and HECTOR FIERRO, an individual,<br><br>                      Defendants.<br>_____<br>HECMMA INC., and HECTOR FIERRO,<br><br>Defendants/Counterclaimants/Third Party Plaintiffs,<br>  vs.<br>KYOCERA CORP. and KYOCERA WIRELESS CORP.,<br><br>Plaintiffs/Counterdefendants,<br><br>and JOHN CHIER,<br><br>                      Third Party Defendant. | CASE NO. 04-CV-1347 H (CAB)<br><br>**ORDER TO SHOW CAUSE** |

Magistrate Judge Papas entered a scheduling order in this case on November 4, 2005. (Doc. No. 70.) That order instructed the parties to serve on each other and to file with the Clerk of the Court their Memoranda of Contentions of Fact and Law in compliance with Local Rule 16.1(f)(2) on or before August 28, 2006. Similarly, that order required the parties to comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before August 28, 2006.

As of the date of this order, however, Defendants HECMMA, INC., EMPRESAS HECMMA S.A. de R.L. de C.V., and HECTOR FIERRO ("Defendants") have not filed either Memoranda of Contentions of Fact and Law or any pretrial disclosures.

Accordingly, the Court **ORDERS** Defendants to show cause why the Court should not enter default or impose other sanctions for failure to file the required papers. Defendants shall file a response to this order, including memoranda of contentions of fact and law and pretrial disclosures, on or before **September 12, 2006**. The Court shall hold a hearing on this matter at the pretrial conference on **September 18, 2006 at 10:30 a.m.**

IT IS SO ORDERED.

DATED: September 7, 2006

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

Copies To:

Jill S. Houlahan, Esq.
Chapin Wheeler, LLP
600 West Broadway, Suite 700
San Diego, CA 92101

Leon Schydlower, Esq.
Law Offices of Leon Schydlower
210 N. Campbell St.
El Paso, TX 79901