# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYOCERA CORP., a Japan corporation; and KYOCERA WIRELESS CORP., a Delaware corporation,<br><br>                          Plaintiffs,<br><br>     vs.<br><br>HECMMA INC., a Texas corporation; EMPRESAS HECMMA S.A. de R.L. de C.V., a Mexican corporation; and HECTOR FIERRO, an individual,<br><br>                          Defendants.<br>_____<br>HECMMA INC., and HECTOR FIERRO,<br><br>Defendants/Counterclaimants/Third Party Plaintiffs,<br><br>     vs.<br>KYOCERA CORP. and KYOCERA WIRELESS CORP.,<br><br>Plaintiffs/Counterdefendants,<br><br>and JOHN CHIER,<br><br>                          Third Party Defendant. | CASE NO. 04-CV-1347 H (CAB)<br><br>**ORDER RE PRETRIAL CONFERENCE** |

- 1 -

04cv1347

On July 6, 2004, Plaintiffs Kyocera Corp. and Kyocera Wireless Corp. filed a complaint against Defendants Hecmma, Inc., Empresas Hecmma S.A. de R.L. de C.V., and Hector Fierro. (Doc. No. 1.)  On September 18, 2006, the Court held a pretrial conference.  Jill S. Houlahan appeared for Plaintiffs, and Leon Schydlower appeared for Defendants.

As set forth during the pretrial conference, the Court declines to enter default or order other sanctions against Defendants for failing to file memoranda of contentions of fact and law and pretrial disclosures by August 28, 2006.  Further, the Court sets the following dates:

1. On **March 5, 2007 at 10:30 a.m.**, the Court will hold a hearing on any motions in limine submitted by the parties.  Motions in limine shall be submitted at least 28 days before the hearing and shall otherwise comply with the requirements set forth in the Local Rules for the Southern District of California.

2. If the parties wish to submit a jury questionnaire, they must submit a joint proposed questionnaire no later than **February 6, 2007**.

3. The Court shall hold a status conference on **March 12, 2007 at 10:30 a.m.**

4. Each party shall submit proposed jury instructions by **9:00 a.m. on March 13, 2007**.  The parties may supplement proposed jury instructions during trial if needed.

5. The Court sets a trial date for **March 13, 2007 at 9:00 a.m. in Courtroom 13**.  The Court orders a reasonable time limit for the trial of eight (8) days.  The Court orders a reasonable, all inclusive time limit of eighteen (18) hours per side.  This time limit applies to all aspects of the trial, including, but not limited to, opening and closing statements, jury instructions, and both direct and cross examination of witnesses.  The time limit is subject to exception for good cause shown.

The parties shall mark their exhibits and submit their exhibit lists along with their witness lists to the Court prior to trial in compliance with Local Rule 16(f)(2).  If any

exhibits require a court order for admission through security to the Courthouse, the parties should notify the Court to obtain permission for entry prior to the date of trial.

IT IS SO ORDERED.

DATED: September 19, 2006

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

Copies To:

Jill S. Houlahan, Esq.
Chapin Wheeler, LLP
600 West Broadway, Suite 700
San Diego, CA 92101

Leon Schydlower, Esq.
Law Offices of Leon Schydlower
210 N. Campbell St.
El Paso, TX 79901